[Cite as *05/08/2003 Case Announcements,* 2003-Ohio-2286.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *May 8, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–1126. Allen v. Johnson.**
Wayne App. Nos. 01CA0046 and 01CA0047, 2002-Ohio-3404. This cause is pending before the court as an appeal from the Court of Appeals for Wayne County. Upon consideration of the motion of amicus curiae, Ohio Academy of Trial Lawyers, to participate in oral argument scheduled for May 13, 2003,

IT IS ORDERED by the court that the motion for leave to participate in oral argument be, and hereby is, granted, and the amicus curiae shall share the time allotted to Richard Allen.

**2002–1433. Allen v. Johnson.**
Wayne App. Nos. 01CA0046 and 01CA0047, 2002-Ohio-3404. This cause is pending before the court on appeal and cross-appeals from the Court of Appeals for Wayne County. Upon consideration of the motion of amicus curiae, Ohio Academy of Trial Lawyers, to participate in oral argument scheduled for May 13, 2003,

IT IS ORDERED by the court that the motion for leave to participate in oral argument be, and hereby is, granted, and the amicus curiae shall share the time allotted to Richard Allen.

## RECONSIDERATION OF PRIOR DECISIONS

**2002–0050. Schottenstein v. Schottenstein.**
Franklin App. Nos. 00AP–1088, 00AP–1284, 01AP–227, 01AP–36, 01AP–94 and 01AP–95. Reported at 98 Ohio St.3d 1210, 2003-Ohio-1088, 784 N.E.2d 1182. On motion for reconsideration. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

WILLIAM G. BATCHELDER, J., of the Ninth Appellate District, sitting for COOK, J.